IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS INC.,  No. C 07-03773SI

       Plaintiff,  **NOTICE**

  v.

THE GLIDDEN COMPANY,

       Defendant.

                                   /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been continued to Friday, November 9, 2007, at 2:00 p.m.

Dated: August 15, 2007

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk