ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE GLIDDEN COMPANY, et al. <br><br> Defendant. | NO. C 07 3773 SI <br><br> PLAINTIFF'S CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE <br> Date: October 26, 2007 <br> Time: 2:00 p.m. |

Plaintiffs report the status of this case as follows:

The plaintiffs have been paid in full by check on October 22, 2007.  We expect that it will clear the bank within 10 days and will dismiss the case when that happens.

We respectfully request that the Case Management Conference be continued thirty days.

Respectfully submitted,

Dated: October 23, 2007

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By:_____
Michael J. Carroll
Attorneys for Plaintiffs

PLAINTIFF'S CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE    1

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On October 23, 2007 I served the within PLAINTIFF'S CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

The Glidden Company dba
ICI Paints
c/o Hope M. Lloyd
Group Services Legal
10 Finderne Avenue
Bridgwater, NJ 08807

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2007 at San Francisco, California.

_____
Sharon Eastman