ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS INC. | ) | NO. C 07 3773 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE CASE |
| vs. | ) | MANAGEMENT CONFERENCE |
| | ) | |
| THE GLIDDEN COMPANY, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS ORDERED that the Case Management Conference in this case originally set for October 26, 2007 continued to November 23, 2007 at 2:00 p.m. in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____      _____
                              Honorable Susan Illston

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1