```
 1   ERSKINE & TULLEY
     A PROFESSIONAL CORPORATION
 2   MICHAEL J. CARROLL (St. Bar #50246)
     220 Montgomery Street, Suite 303
 3   San Francisco, CA  94104
     Telephone:  (415) 392-5431
 4
 5   Attorneys for Plaintiff
 6
 7
                      UNITED STATES DISTRICT COURT
 8
                    NORTHERN DISTRICT OF CALIFORNIA
 9
10
11   NORTHWEST ADMINISTRATORS, INC.,  )  NO. C 07 3773 SI
                                      )
12                   Plaintiff,       )
                                      )
13        vs.                         )  NOTICE OF
                                      )  VOLUNTARY DISMISSAL
14   THE GLIDDEN COMPANY, et al.      )
                                      )
15                                    )
                     Defendant.       )
16   _____)
17
          Notice is hereby given that plaintiff dismisses the above
18
     entitled action without prejudice pursuant to Federal Rule of Civil
19
     Procedure 41, and all dates relating to this case should be taken
20
     off the Court's calendar including the hearing on a Case Management
21
     Conference set for December 14, 2007 at 2:00 p.m. in Courtroom No.
22
     10,19th Floor, 450 Golden Gate Avenue, San Francisco, CA.
23
     Dated: November 7, 2007
24                                          ERSKINE & TULLEY
25
                                            By:/s/Michael J. Carroll
26                                              Michael J. Carroll
                                                Attorneys for Plaintiff
27
28
                      NOTICE OF VOLUNTARY DISMISSAL
```

1                      <u>PROOF OF SERVICE BY MAIL</u>

2 I am a citizen of the United States and employed in the City and
3 County of San Francisco, California.  I am over the age of eighteen
4 years and not a party to the within above entitled action; my
5 business address is 220 Montgomery Street, Suite 303, San
6 Francisco, California 94104.  On November 7, 2007 I served the
7 within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said
8 action, by placing a true copy thereof enclosed in a sealed
9 envelope with postage thereon fully prepaid, in the United States
10 post office mail box at San Francisco, California, addressed as
11 follows:

12 **Hope M. Lloyd**
**The Glidden Company**
13 **dba ICI Group Services**
**10 Finderne Avenue**
14 **Bridgewater, NJ 08807**

15 I, SHARON EASTMAN, certify (or declare), under penalty of perjury
16 that the foregoing is true and correct.
17 Executed on November 7, 2007 at San Francisco, California.

19                                       /s/Sharon Eastman
                                         Sharon Eastman